NO. 07-11-00164-CV

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL A

 



MAY
13, 2011

 



 

IN RE JAY GID BRYAN, RELATOR



 



 

 

Before CAMPBELL
and HANCOCK and PIRTLE, JJ.

 

 

MEMORANDUM OPINION

 

Relator Jay Gid
Bryan, appearing pro se, filed a
petition for writ of mandamus on April 18, 2011.  He did not pay the required filing fee, nor
did he file an affidavit of indigence.  See Tex. R. App. P. 5 (unless excused by
law, filing fee in civil case due when item presented for filing); 20.1
(procedure for indigent in civil cases). 
By letter of April 19, 2011, we advised relator
that “the filing fee in the amount of $125.00 did not accompany the captioned
original proceeding.  Unless the filing
fee is paid by Friday, April 29, 2011, this proceeding will be subject to
dismissal.  See Tex. R. App. P. 5.”  On
April 27, relator filed a motion requesting an
additional five days to pay the filing fee. 
Nevertheless, as of this date, we have not received the filing fee.  

            Accordingly,
we dismiss relator’s petition.  See
Tex. R. App. P. 5, 42.3(c).  Relator’s motion for additional time is dismissed as moot.

Per Curiam